McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BUTLER,<br><br>　　　　　Petitioner,<br><br>v.<br><br>JOSIAS SALAZAR, Warden,<br><br>　　　　　Respondent. | CASE NO. 2:17-CV-02488 GEB AC (HC)<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

On March 5, 2018, Respondent requested a 30-day extension of time to file a response to Petitioner's petition filed pursuant to 28 U.S.C. § 2241. ECF No. 12. The motion is made in order to provide Respondent with additional time to conduct research and to obtain documentation regarding the facts and issues presented in the petition. Id. at 3. Respondent avers that this extension of time will not prejudice Petitioner. Id.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for a 30-day extension (ECF No. 12) is GRANTED, and

2. Respondent's answer is now due April 11, 2018.

DATED: March 6, 2018.

_[signature]_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER