UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BUTLER, | No.  2:17-cv-02488 KJM AC |
| Petitioner, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| JOSIOS SALAZAR, | |
| Respondent. | |

    Petitioner is a former federal inmate proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  On May 23, 2018 petitioner filed a change of address with the court indicating that he was released from custody.  A review of the habeas petition in this case indicates that petitioner is challenging a prison disciplinary conviction seeking the restoration of 14 days of good time credit.  Based on this change in petitioner's custody status, the court will direct petitioner to show cause why the pending § 2241 petition should not be dismissed as moot.

    Accordingly, IT IS HEREBY ORDERED that petitioner show cause in writing within 21 days from the date of this order why the pending § 2241 petition should not be dismissed as moot based on his release from incarceration.

DATED: October 12, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE